**2006–2124.  State v. Ratliff.**
Franklin App. No. 06AP–84, 2006-Ohio-5785. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2006–1245 and 2006–1383, *State v. Payne,* Franklin App. No. 05AP–517, 2006-Ohio-2552; cause consolidated with 2006–2041, *State v. Ratliff,* Franklin App. No. 06AP–84, 2006-Ohio-5785; and briefing schedule stayed.

PFEIFER, J., dissents.

**2006–2135.  State v. Wamsley.**
Columbiana App. No. 05 CO 11, 2006-Ohio-5303. On motion for stay of court of appeals' judgment. Motion granted.

PFEIFER and LANZINGER, JJ., dissent.

**2006–2182.  State ex rel. Petro v. Marshall.**
Scioto App. No. 05CA3004, 2006-Ohio-5357. On motion for limited remand to the court of appeals. Motion granted. The cause is remanded to the court of appeals to rule on appellant's motion for relief from judgment. It is further ordered that proceedings in this case are stayed and that the parties shall notify this court upon the court of appeals' resolution of the motion.

## APPEALS ACCEPTED FOR REVIEW

**2006–1687.  State v. Silverman.**
Franklin App. Nos. 05AP–837, 05AP–838 and 05AP–839, 2006-Ohio-3826. Discretionary appeal accepted on Proposition of Law No. I; cause held for the decision in 2006–1245 and 2006–1383, *State v. Payne,* Franklin App. No. 05AP–517, 2006-Ohio-2552; and briefing schedule stayed.

LUNDBERG STRATTON, J., would also accept the appeal on all other Propositions of Law.
PFEIFER, O'DONNELL and LANZINGER, JJ., dissent.

**2006–1814.  Wilson v. Wilson.**
Wayne App. No. 05CA0078, 2006-Ohio-4151.

RESNICK, PFEIFER and LANZINGER, JJ., dissent.

**2006–1831.  State v. Curtis.**
Franklin App. No. 05AP–795, 2006-Ohio-4230. Discretionary appeal accepted on Proposition of Law No. II; cause held for the decision in 2006–1245 and 2006–1383, *State v. Payne,* Franklin App. No. 05AP–517, 2006-Ohio-2552; and briefing schedule stayed.

**2006–1862.  State v. Wain.**
Cuyahoga App. No. 86960, 2006-Ohio-4124. Discretionary appeal accepted; cause held for the decision in 2006–0151, *State v. Carswell,* Warren App. No. CA2005–04–047, 2005-Ohio-6547; and briefing schedule stayed.

O'DONNELL and LANZINGER, JJ., would accept the appeal on Proposition of Law No. I only.

**2006–1890.  Taylor Bldg. Corp. of Am. v. Benfield.**
Clermont App. No. CA2005–09–083, 2006-Ohio-4428. Discretionary appeal accepted on Proposition of Law No. I and cause consolidated with 2006–2043, *Taylor Bldg. Corp. of Am. v. Benfield,* Clermont App. No. CA2005–09–083, 2006-Ohio-4428.

RESNICK and LUNDBERG STRATTON, JJ., would also accept the appeal on all other Propositions of Law.
O'CONNOR, J., would also accept the appeal on Proposition of Law No. II.
PFEIFER, O'DONNELL and LANZINGER, JJ., dissent.